FILED
2012 Dec-11  PM 02:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RONALD L. WHITWORTH, JR., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 2:12-cv-00243-IPJ-HGD |
| | ) | |
| AGENT ALTON STORY, et al., | ) | |
| | ) | |
| Defendants | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report on November 9, 2012 , recommending that this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2).  Plaintiff filed objections to the report and recommendation on November 21, 2012.

Therefore, having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and plaintiff's objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  This action is due to be dismissed without prejudice for failing to state a claim upon which relief can be

granted, pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2).  A Final Judgment will be entered.

The Clerk is DIRECTED to serve a copy of this order on the plaintiff.

DONE this 11th day of December 2012.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE